BEFORE THE THIRD DIVISION, MAY 24, 1939

**No. 41390.**—Protest 960990–G/88082 of Carson, Pirie, Scott & Co. (Chicago).

Opinion by EVANS, J. The protest was sustained in accordance with stipulation of counsel.

**No. 41391.**—Protest 836655–G of Bonaventure Galleries (New York).

Opinion by EVANS, J. It was found that the record is silent as to which yuan dollar was used by the appraiser. The court saying that in order to reach a conclusion on the question of whether or not the collector liquidated the entry in accordance with the statute, proof on that point should have been presented, the protest was overruled.

**No. 41392.**—Protest 957345–G of P. Pastene & Co., Inc. (Boston).

Opinion by EVANS, J. The protest was sustained in accordance with the testimony of the liquidator.

**No. 41393.**—Protest 965427–G/88072 of Renken & Yates Smith Corp. (Chicago).

Opinion by EVANS, J. It was stipulated that the merchandise consists of celery sandwiches, piquant sandwiches, harlequin sticks, and stiltonette wafers the same as those the subject of *Renken* v. *United States* (C. D. 73). The claim as nonenumerated manufactured articles at 20 percent under paragraph 1558 was therefore sustained.

**No. 41394.**—Protest 962220–G of Draeger Shipping Co., Inc. (New York).

Opinion by EVANS, J. No competent evidence was produced in support of the claim made. The protest was therefore overruled.

**No. 41395.**—Protest 959829–G of Sun Wing Wo Co. (Los Angeles).

Opinion by EVANS, J. In accordance with stipulation of counsel the protest was sustained as to broken kernels of milled rice on the authority of *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192). The apricot kernels in question were held dutiable at 3 cents per pound under paragraph 762. Abstract 34104 followed.